134

· Julia Bissett, Appellee, v. Earl Bissett, Appellant.
Gen. No. 41,464.

opinion filed March 11, 1941. Freeman & Freeman, for appellant; Earl Freeman, of counsel; Joseph H. & Norman Becker and Ralph Rundell, for appellee; Ralph Rundell, of counsel. Opinion by JUSTICE SCANLAN. ''Not to be published in full.''